IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TROY ANDERSON,

       Plaintiff,                     No. CIV S-09-2436 EFB P

     vs.

COUNTY OF SOLANO, et al.,

       Defendants.              ORDER

_____/

     Plaintiff, a prisoner without counsel, commenced an action in this court seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. The case was before the undersigned pursuant to his consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(1)-(2). On April 19, 2010, the undersigned dismissed this action and the Clerk of the Court entered judgment. However, on July 7, 2010, and October 25, 2010, plaintiff filed notices of changes of address, indicating that he was not aware that his case had been dismissed. (The court issued a response to the July 7 inquiry stating that the case was closed.) The court will issue no response to future filings not authorized by the civil or appellate procedural rules.

Dated: November 10, 2010.

*[signature]*

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE